**JACOB G. LEAVITT, ESQ.**
Nevada Bar No. 12608
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No. 12697
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Telephone: (702) 333-1111
Jacob@bighornlaw.com
Josh@bighornlaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DISTRICT

| | |
|---|---|
| BENJAMIN NORRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY WOLVERTON, an individual;<br>REIDHEAD FOREST MANAGEMENT, LLC,<br>a foreign limited liability company, DOE<br>DRIVER I-V; DOE EMPLOYEES I-V; DOE<br>OWNERS I-V; and ROE CORPORATIONS IV,<br>inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01614-RFB-NJK |

### <u>ORDER TO EXTEND DISCOVERY – FIRST REQUEST</u>

Pursuant to FRCP 26 and Local Rule 26-1, Plaintiff BENJAMIN NORRIS, and Defendants

HOLLY WOLVERTON and REIDHEAD FOREST MANAGEMENT, LLC, through their undersigned

counsel, hereby stipulate and agree as follows:

1.      Trial in this matter has not been set.

/ / /

/ / /

/ / /

2.	The Court entered its Order Granting Local Rule 26-1 Joint Discovery Plan and Mandatory Disclosures on October 8, 2021, that contained the following discovery deadline dates for all parties as follows:

| | |
|---|---|
| Motions to amend pleadings or add parties | November 30, 2021 |
| Initial expert disclosures | December 30, 2021 |
| Rebuttal expert disclosures | January 31, 2022 |
| Discovery cut-off | February 28, 2022 |
| First date to file dispositive motions | March 30, 2022 |
| Pretrial Order | April 29, 2022 |

3.	To date the following discovery has been completed:

| | |
|---|---|
| 10/06/2021 | The parties conducted the FRCP 26(f) conference. |
| 10/19/2021 | Defendants served their FRCP 26 Initial Disclosure of Witnesses and Documents. |
| 10/27/2021 | Defendant Holly Wolverton served its First Set of Interrogatories to Plaintiff |
| 10/27/2021 | Defendant Holly Wolverton served its First Set of Requests for Admission to Plaintiff |
| 10/27/2021 | Defendants' First Set of Request for Production to Plaintiff |
| 11/01/2021 | Plaintiff served his FRCP 26 Initial Disclosure of Witnesses and Documents |
| 11/22/2021 | Plaintiff served his FRCP 26 First Supplement of Witnesses and Documents |

4.	The following discovery needs to be completed:

a.	Deposition of Plaintiff

b.	Written Discovery propounded to Defendants from Plaintiff.

c.	Deposition of Defendant Holly Wolverton

d.	Deposition of Person with Knowledge of Defendant Reidhead Forest Management, LLC

e.	Deposition of NHP Officer Loy Hixson, who investigated the accident.

f.	Deposition of experts; and

g.   Depositions of Mr. Norris' treating physicians

5.   The reasons that discovery will not be completed by the February 28, 2022 deadline include:

a.   The parties have always been interested in pursuing settlement discussions, but have been unable to due to difficulty and delays in obtaining the bills and records from the Veterans Affairs Administration in Colorado.

b.   The parties have received billing records from the Veterans Affairs Administration, and are desirous to engage in settlement discussions and, if necessary, additional discovery prior to the expert disclosure deadline of December 30, 2021.

c.   Counsel for Defendants will be taking medical leave during January 2022.

6.   Based on the foregoing and in the interest of allowing the parties to attempt resolution without the unnecessary expenditure of costs, the Parties hereby agree and stipulate that the foregoing discovery dates will be continued for approximately 90 days.  Thus, the new deadlines for all parties are as follows:

| | |
|---|---|
| Motions to amend pleadings or add parties | Passed |
| Initial expert disclosures | March 30, 2022 |
| Rebuttal expert disclosures | May 2, 2022 |
| Discovery cut-off | May 30, 2022 |
| Final date to dispositive motions | June 27, 2022 |
| Pretrial Order | July 27, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

7. This request is made in good faith and not for the purpose of delay.

DATED this __9th__ day of December 2021.

**BIGHORN LAW**

By:_/s/Joshua P. Berrett_.
JACOB G. LEAVITT, ESQ.
Nevada Bar No. 12608
JOSHUA P. BERRETT, ESQ.
Nevada Bar No. 12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Josh@bighornlaw.com
*Attorneys for Plaintiff*

DATED this __9th__ day of December, 2021

**WOOD, SMITH HENNING & BERMAN, LLP**

By: /s/ Analise N.M. Tilton
ANALISE N.M. TILTON, ESQ.
Nevada Bar No. 13185
SUSANA SANTANA, ESQ.
Nevada Bar No. 13753
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
atilton@wshblaw.com
ssantana@wshblaw.com
*Attorneys for Defendants Holly Wolverton and Reidhead Forest Management, LLC*

**ORDER**

IT IS SO ORDERED.

_____.
UNITED STATES MAGISTRATE JUDGE

Dated: December 10, 2021