Analise N. M. Tilton
Nevada Bar No. 13185
Susana Santana
Nevada Bar No. 13753
Xheni Ristani
Nevada Bar No. 15313
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
atilton@wshblaw.com
ssantana@wshblaw.com
xristani@wshblaw.com

Attorneys for Defendants Holly Wolverton and
Reidhead Forest Management, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN NORRIS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HOLLY WOLVERTON, an individual; REIDHEAD FOREST MANAGEMENT, LLC, a foreign limited liability company, DOE DRIVER I-V; DOE EMPLOYEES I-V; DOE OWNERS I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-01614-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:       None Set |

Plaintiff, BENJAMIN NORRIS ("Plaintiff"), Defendants HOLLY WOLVERTON and REIDHEAD FOREST MANAGEMENT, LLC ("Defendants") by and through their undersigned counsel, and hereby stipulate and agree to the following:

THE PARTIES HEREBY STIPULATE AND AGREE that they have reached a global resolution and settlement of this matter wherein Plaintiff and Defendants, hereby stipulate to dismiss any and all claims, known and unknown, in this matter against Defendants, WITH PREJUDICE, each party to bear their own attorney's fees and costs.

THE PARTIES HEREBY STIPULATE AND AGREE that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

IT IS SO STIPULATED:

| DATED: April 27, 2022 | DATED: April 29, 2022 |
|---|---|
| BIGHORN LAW | WOOD, SMITH, HENNING & BERMAN LLP |
| /s/ Jacob G. Leavitt | /s/ Susana Santana |
| JACOB G. LEAVITT | ANALISE N. M. TILTON |
| Nevada Bar No. 12608 | Nevada Bar No. 13185 |
| JOSHUA P. BERRETT | SUSANA SANTANA |
| Nevada Bar No. 12697 | Nevada Bar No. 13753 |
| 3675 W. Cheyenne Ave., Suite 100 | XHENI RISTANI |
| Las Vegas, NV 89032 | Nevada Bar No. 15313 |
| *Attorneys for Plaintiff* | 2881 Business Park Court, Suite 200 |
| | Las Vegas, NV 89128 |
| | *Attorneys for Defendants Holly Wolverton and Reidhead Forest Management, LLC* |

*Norris v. Wolverton, et al.*
Case No. 2:21-cv-01614-RFB-NJK

### ORDER

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed, in its entirety, WITH PREJUDICE, each party to bear their own attorney's fees and costs.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO ORDERED.**

DATED this _____ day of April, 2022.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 1st day of May, 2022.

Respectfully Submitted By:

WOOD, SMITH, HENNING & BERMAN LLP

 */s/ Susana Santana*
ANALISE N. M. TILTON
Nevada Bar No. 13185
SUSANA SANTANA
Nevada Bar No. 13753
XHENI RISTANI
Nevada Bar No. 15313
2881 Business Park Court, Suite 200
Las Vegas, NV 89128
*Attorneys for Defendants Holly Wolverton and Reidhead Forest Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2022, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Johana Whitbeck*
Johana Whitbeck, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP